**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Angel TORRES–GUARDADO, aka Angel Torres, Defendant—Appellant.**

No. 07–30415.

United States Court of Appeals, Ninth Circuit.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 8, 2008.*

Filed Sept. 26, 2008.

Lori Harper Suek, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Kelly J. Varnes, Esq., Hendrickson Everson Noennig & Woodward, PC, Billings, MT, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jose Angel Torres–Guardado appeals from the 327–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres–Guardado contends that his sentence is substantively unreasonable because it is greater than necessary to comply with the sentencing factors listed in 18 U.S.C. § 3553(a). We conclude that Torres–Guardado's sentence is substantively reasonable. *See United States v. Carty,* 520 F.3d 984, 995–96 (9th Cir.2008) (en banc).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.